FILED

2021 Oct-04  AM 10:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

JOHN CUPP, VUNOR WOOD, and            )
MARK WRIGHT, on behalf of             )
themselves and all others similarly situated,   )
                                      )
                **Plaintiffs,**       )
                                      )
        **v.**                        )       **Civil Action Number:**
                                      )           1:21-cv-01309-SGC
SOCLEAN, INC.                         )
                                      )
                **Defendant.**        )


### REQUEST FOR SERVICE BY
### CERTIFIED MAIL


Please serve the defendant SoClean, Inc. by certified mail pursuant to Alabama Rules of

Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).


*s/Jubal L. Hamil*_____

JUBAL L. HAMIL (HAMIJ2507)
***Deakle, Sholtis & Hamil, L.L.C.***
Post Office Box 1031
Mobile, Alabama 36633
Telephone: (251) 432-6020
Facsimile: (251) 432-6071
Email: jhamil@dshfirm.com
***Counsel for Plaintiffs***